|   |   |
|---|---|
| 1 | LAURA KRANK |
|   | ATTORNEY AT LAW: 220208 |
|   | LAW OFFICES OF ROHLFING & KALAGIAN |
| 2 | 211 EAST OCEAN BLVD., SUITE 420 |
|   | LONG BEACH, CA 90802 |
| 3 | 562/437-7006 |
|   | FAX: 562/432-2935 |
| 4 | Email: lekrank@hotmail.com |
| 5 | ATTORNEYS FOR PLAINTIFF |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CLIFFORD ROCHES, | ) Case No.: CV 09-2811 DTB |
| | ) |
| Plaintiff, | ) [~~PROPOSED~~] ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES PURSUANT TO |
| | ) 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Laura Krank, as Plaintiff's assignee and subject to the reservation of rights, the amount of ONE THOUSAND NINE HUNDRED DOLLARS ($1,900.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: March 11, 2010

_____
THE HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE